# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00360-CV

**Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity, Appellants**

**v.**

**American Youthworks, Inc. d/b/a American Youthworks Charter School and Honors Academy, Inc. d/b/a Honors Academy Charter School, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-14-000672, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellees' emergency motion for temporary orders is denied. *See* Tex. R. App. P. 29.3.

It is ordered June 17, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose